JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Cirrilio Jaimes | Case No: 5:08-cv-3922 |
|  | NOTICE OF VOLUNTARY DISMISSAL |
|  | RULE OF FEDERAL CIVIL PROCEDURE |
|  | 41(a)(1)(A)(i) |
| Plaintiffs, |  |
| vs. |  |
| Crystal Janitorial Service Inc. and Daniel Morales |  |
| Defendants, |  |

1) The Plaintiff hereby dismisses the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.

\\\

Voluntary Dismissal - 1

1  \\\

2  Dated: 8/20/08

5  _____

6  James Dal Bon for the Plaintiff

7  Law Offices of James Dal Bon

Voluntary Dismissal - 2